# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Marie A. Lewandowski, MD

E-filing

v.

Standard Insurance Company

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**C08-00874** EDL

TO: (Name and address of defendant)

Standard Insurance Company
900 SW Fifth Avenue
Portland, OR 97204-1235

ADR

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gayle Godfrey Codiga
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: 510-814-6100

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

FEB - 8 2008
DATE _____

**JESSIE MOSLEY**

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |
| *Check one box below to indicate appropriate method of service* | |
| ☐  Served Personally upon the Defendant. Place where served: | |
| ☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: | |
| ☐  Returned unexecuted: | |
| ☐  Other *(specify)*: | |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____     _____
                          Date                                                  Signature of Server

                                                                                  _____
                                                                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure