1  Laurence F. Padway (SBN 083914)
   Gayle Godfrey Codiga (SBN 114715)
2  Law Offices of Laurence F. Padway
   1516 Oak Street, Suite 109
3  Alameda, CA 94501
   Telephone: 510-814-6100
4  Facsimile: 510-814-0650

5  Attorney for Plaintiff
   Marie A. Lewandowski

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE A. LEWANDOWSKI,<br><br>      Plaintiff,<br>vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>      Defendant. | CASE NO. C08-00874 |

**PROOF OF SERVICE**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 2-12-08 |
| Name of SERVER SUSAN POPE | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SENT VIA CERTIFIED MAIL TO:
STANDARD INSURANCE COMPANY
900 SW FIFTH AVENUE
PORTLAND, OR 97204-1235

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2-12-08
              Date

Signature of Server: Susan H Pope

1516 OAK ST., SUITE 109
ALAMEDA, CA 94501
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

