```
1   Shawn Hanson (State Bar No. 109321)
    shanson@jonesday.com
2   Katherine S. Ritchey (State Bar No. 178409)
    ksritchey@jonesday.com
3   Amanda M. Ose (State Bar No. 251797)
    aose@jonesday.com
4   JONES DAY
    555 California Street, 26th Floor
5   San Francisco, CA  94104
    Telephone:    (415) 626-3939
6   Facsimile:    (415) 875-5700

7   Attorneys for Defendant
    STANDARD INSURANCE COMPANY
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARIE A. LEWANDOWSKI, | Case No. C 08 00874 EDL |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND DEADLINE FOR STANDARD INSURANCE COMPANY'S RESPONSE TO COMPLAINT |
| v. | |
| STANDARD INSURANCE COMPANY, | SIGNATURE VIA FACSIMILE |
| Defendant. | Judge:    Magistrate Judge Elizabeth D. Laporte |

WHEREAS, the Defendant Standard Insurance Company seeks to obtain additional time to prepare, file and serve its response to plaintiff's Complaint and no prior extensions have been obtained;

IT IS HEREBY STIPULATED by and between plaintiff and defendant through their respective counsel of record that the deadline for filing Defendant Standard Insurance Company's

///
///
///
///
///

SF1-579115v1

STIPULATION EXTENDING DEADLINE TO
RESPOND TO COMPLAINT C 08 00874 EDL

1 | response to plaintiff's Complaint will be March 31, 2008.

2 | IT IS SO STIPULATED.

3 | Dated: ~~February~~ March ⁷, 2008          Respectfully submitted,

4 | Jones Day

6 | By: _____
7 | Katherine Ritchey

8 | Counsel for Defendant
  | STANDARD INSURANCE COMPANY

11 | Dated: ~~February~~ March 4, 2008         Law Offices of Laurence F. Padway

13 | By: _Gayle Godfrey Codiga_
14 | Gayle Godfrey Codiga

15 | Counsel for Plaintiff
   | MARIE A. LEWANDOWSKI

SFI-579115v1

- 2 -

STIPULATION EXTENDING DEADLINE TO
RESPOND TO COMPLAINT C 08 00874 EDL