Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
Amanda M. Ose (State Bar No. 251797)
aose@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE A. LEWANDOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY,<br><br>Defendant. | Case No. C 08 00874 EDL<br><br>STIPULATION TO EXTEND DEADLINE FOR STANDARD INSURANCE COMPANY'S RESPONSE TO COMPLAINT<br><br>Judge:    Magistrate Judge<br>              Elizabeth D. Laporte |

WHEREAS, the Defendant Standard Insurance Company seeks to obtain additional time to prepare, file and serve its response to plaintiff's Complaint so that the parties may engage in informal settlement discussions;

IT IS HEREBY STIPULATED by and between plaintiff and defendant through their respective counsel of record that the deadline for filing Defendant Standard Insurance Company's

///

///

///

///

///

1 | response to plaintiff's Complaint will be April 15, 2008.

2 |     IT IS SO STIPULATED.

3 | Dated: March __, 2008      Respectfully submitted,

4 |         Jones Day

6 |         By: _____
7 |           Katherine Ritchey

8 |         Counsel for Defendant
        STANDARD INSURANCE COMPANY

11 | Dated: March __, 2008      Law Offices of Laurence F. Padway

13 |         By: _____
14 |           Gayle Godfrey Codiga

15 |         Counsel for Plaintiff
        MARIE A. LEWANDOWSKI