1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  Amanda M. Ose (State Bar No. 251797)
   aose@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:    (415) 626-3939
6  Facsimile:     (415) 875-5700

7  Attorneys for Defendant
   STANDARD INSURANCE COMPANY
8

9                     UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11

12 | **MARIE A. LEWANDOWSKI,** | Case No. C 08 00874 EDL |
13 | **Plaintiff,** | **STIPULATION TO EXTEND DEADLINE FOR STANDARD INSURANCE COMPANY'S RESPONSE TO COMPLAINT** |
14 | **v.** | |
15 | **STANDARD INSURANCE COMPANY,** | |
   | | **Judge:    Magistrate Judge** |
16 | **Defendant.** | **Elizabeth D. Laporte** |

17

18

19     WHEREAS, the Defendant Standard Insurance Company seeks to obtain additional time

20 to prepare, file and serve its response to plaintiff's Complaint so that the parties may engage in

21 informal settlement discussions;

22     IT IS HEREBY STIPULATED by and between plaintiff and defendant through their

23 respective counsel of record that the deadline for filing Defendant Standard Insurance Company's

24 ///

25 ///

26 ///

27 ///

28 ///

SFI-581590v1                           STIPULATION EXTENDING DEADLINE TO
                                       RESPOND TO COMPLAINT C 08 00874 EDL

1 | response to plaintiff's Complaint will be April 29, 2008.

2 |     IT IS SO STIPULATED.

3 | Dated: April 11, 2008          Respectfully submitted,

4 |          Jones Day

6 |          By:    /s/ Katherine S. Ritchey
7 |             Katherine S. Ritchey

8 | Counsel for Defendant
   STANDARD INSURANCE COMPANY

11 | Dated: April 11, 2008          Law Offices of Laurence F. Padway

13 |          By:    /s/ Gayle Godfrey Codiga
14 |             Gayle Godfrey Codiga

15 | Counsel for Plaintiff
   MARIE A. LEWANDOWSKI

## ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                /s/ Katherine S. Ritchey
              Katherine S. Ritchey