1 | Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
2 | Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
3 | Amanda M. Ose (State Bar No. 251757)
aose@jonesday.com
4 | JONES DAY
555 California Street, 26th Floor
5 | San Francisco, CA  94104
Telephone:     (415) 626-3939
6 | Facsimile:      (415) 875-5700

7 | Attorneys for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARIE A. LEWANDOWSKI, | Case No. C08-00874 EDL |
|---|---|
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 OF DEFENDANT STANDARD INSURANCE COMPANY** |
| v. | |
| STANDARD INSURANCE COMPANY, | |
| Defendant. | |
|  | Complaint filed: February 7, 2008 |

Pursuant to the Corporate Disclosure Statement provisions in Fed. R. Civ. P. 7.1, Standard Insurance Company makes the following disclosure:

Standard Insurance Company is not a publicly traded corporation.  Standard Insurance Company is a wholly owned subsidiary of StanCorp Financial Group, Inc., which is a publicly traded corporation.

No other publicly held corporation or other publicly held entity has a direct financial interest in the outcome of the litigation.

Corp. Discl. Stmt of Def. Standard Ins. Co.
Case No. C-08-00874 EDL

1 | Dated: April 29, 2008

JONES DAY

By:    /s/ Amanda M. Ose
       Amanda M. Ose

Attorneys for Defendant
STANDARD INSURANCE COMPANY

SFI-582714v1

- 2 -

Corp. Discl. Stmt of Def. Standard Ins. Co.
Case No. C-08-00874 EDL