Laurence F. Padway (SBN 083914)
Gayle Godfrey Codiga (SBN 114715)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone:  (510) 814-6100
Facsimile:   (510) 814-0650

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE A. LEWANDOWSKI, MD,<br><br>    Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY,<br><br>    Defendant, | CASE NO. C08-00874EDL<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>**N.D. Civil L.R. 3-16** |

   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: May 6, 2008                LAW OFFICES OF LAURENCE PADWAY


                                  By:    /s/ Gayle Godfrey Codiga
                                         Gayle Godfrey Codiga
                                         Attorney for Plaintiff
                                         Marie M. Lewandowski, M.D.