# ReedSmith

**Kenneth F. Johnson**
Email: KJohnson@reedsmith.com

Reed Smith LLP
1999 Harrison Street
Suite 2400
Oakland, CA 946121
510.763.2000
Fax 510.273.8832

May 23, 2008

# FILED

## MAY 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## E-filing

### VIA FACSIMILE AND U.S. MAIL

Laurence Fred Padway
Law Offices of Laurence F. Padway
1516 Oak Street
Suite 109
Alameda, CA  94501

Amanda M. Ose
Katherine Ritchey
Jones Day
555 California Street
26th Floor
San Francisco, CA  94104

Re: **Pre-Mediation Telephone Conference**
    **Lewandowski v. Standard Insurance Company**
    **USDC - Northern District Case No. C 08-CV-00874 EDL**

Dear Counsel:

This will confirm that the pre-mediation telephone conference has been scheduled for **Wednesday, June 4, 2008 at 11:00 p.m.** Please be available 5 minutes before the actual start time. You will have to dial into a remote conferencing center. The number to dial into is **1-877-506-4265.** Kindly listen for instructions to dial the Participant Passcode which is **510 466 6724.**

Sincerely,

*Karen Ellis*

Karen Ellis
Assistant to Kenneth F. Johnson

:kde
cc by fax and mail:  Alice M. Fiel, ADR Case Administrator, ADR Unit