# ReedSmith

**FILED**

JUN 0 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Reed Smith LLP
1999 Harrison Street
Suite 2400
Oakland, CA 94612-3572
+1 510 763 2000
Fax +1 510 273 8832
reedsmith.com

**Kenneth F. Johnson**
Direct Phone:  +1 510 466 6724
Email: KJohnson@reedsmith.com

June 5, 2008

E-filing

## VIA FACSIMILE AND U.S. MAIL

Gayle Godfrey Codiga
Law Offices of Laurence F. Padway
1516 Oak Street
Suite 109
Alameda, CA  94501

Katherine S. Ritchey
Jones Day
555 California Street
26th Floor
San Francisco, CA  94104

Re:    **Mediation**
       **Lewandowski v Standard Insurance Company**
       **USDC - Northern District Case No. C 08-CV-00874 MHP**

Dear Counsel:

This is a follow-up to our June 4th Pre-Mediation Telephone Conference.

## Mediation Rules

The rules for the mediation are specified in detail in Chapter 6 of the Northern District's
ADR Local Rules.  These rules, which were republished in December 2005, are available
at **www.adr.cand.uscourts.gov.**

## Date, Time and Location of the Mediation

We scheduled the mediation session to commence at **10:00 A.M. on Wednesday, August
20, 2008** in my law firm's office in the Lake Merritt Plaza Building, 1999 Harrison Street,
Oakland, California.

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

DOCSOAK-9909834.1-KJOHNSON

Gayle Godfrey Codiga
Katherine S. Ritchey
June 5, 2008
Page 2

ReedSmith

The building is located at the corner of Harrison and 20th Streets, its parking entrance is on Harrison Street, and the law firm's reception area is located on the building's 24th floor.

I recommend you and your clients keep the whole day available on your calendars to allow the mediation to continue as long as it remains productive.

## Mediation Attendees

As we discussed, the named parties and their attorneys who have primary trial responsibilities are required to attend the mediation. Since Standard Insurance Company is not a natural person, the rules mandate that a company representative, knowledgeable about the case with settlement authority, should attend. For further details, please refer to Local Rule 6-9.

## Mediation Statements

We scheduled the statements to be served so that they would be received by one another and me on **Monday, August 11, 2008**.

ADR Local Rule 6-7 sets out the content and use of the statements. With one of your statements, kindly include copies of the subject insurance policy and any other key documents you feel I should read. I do carefully analyze your statements before the mediation and use them as a reference during the session, so I encourage you to focus on the principal factual and legal issues in dispute.

## Preparation for the Mediation

In preparing for the mediation, please review and discuss the other side's mediation statement and each of the following subjects with your clients:

* Strengths and weaknesses of your case;

* Best and worst alternatives to a negotiated settlement; and

* Estimated time and costs that will be expended to litigate the case through trial.

Gayle Godfrey Codiga
Katherine S. Ritchey
June 5, 2008
Page 3

**ReedSmith**

**Mediator's Fee**

There will be no charge for my preparation time and the first four hours of the mediation session.

If the mediation continues on substantially beyond four hours, I will charge the court-set rate of $200 per hour for the remainder of the session, and resultant fee will be divided equally between the two sides.

Thank you for providing me with the opportunity to mediate this matter.

Very truly yours,

Kenneth F. Johnson

KFJ:ke

cc:    Alice M. Fiel
       ADR Case Administrator (By Fax and U.S. Mail)