1  Laurence F. Padway (SBN 083914)
   Gayle Godfrey Codiga (SBN 114715)
2  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
3  Alameda, CA 94501
   Telephone:   (510) 814-6100
4  Facsimile:   (510) 814-0650

5
   Attorneys for Plaintiff
6
   Shawn Hanson (SBN 109321)
7  shanson@jonesday.com
   Katherine S. Ritchey (SBN 178409)
8  ksritchey@jonesday.com
   Amanda M. Ose (SBN 251757)
9  aose@jonesday.com
   JONES DAY
10 555 California Street, 26th Floor
   San Francisco, CA 94104
11 Telephone:   (415) 626-3939
   Facsimile:   (415) 875-5700
12
   Attorneys for Defendant
13 STANDARD INSURANCE COMPANY

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16

17

18 | MARIE A. LEWANDOWSKI, MD,              | CASE NO. C08-00874MHP
19 |         Plaintiff,                     | JOINT CASE MANAGEMENT
   |                                        | STATEMENT AND
20 | v.                                     | (PROPOSED) ORDER
21 | STANDARD INSURANCE COMPANY,            | DATE:    July 14, 2008
   |                                        | TIME:    4:00 pm
22 |         Defendant,                     | JUDGE:   Marilyn Hall Patel
   |                                        | DEPT.:   Courtroom 15, 18th Floor
23

24         Pursuant to Local Rules 16-0 and Federal Rule of Civil Procedure 26(f), Plaintiff Marie

25 Lewandowski, MD ("Plaintiff") and defendant Standard Insurance Company ("Defendant")

26 respectfully submit this Joint Case Management Statement in connection with the case

27 Management Conference currently scheduled for July 14, 2008 at 4:00 pm. The parties

28 respectfully request that the Case Management Conference be continued until after their

   Joint Case Management Statement
   and (Proposed) Order                          1                    CASE NO. C08-00874MPH

mediation scheduled for August 20, 2008

### 1. Jurisdiction and Service

This Court has diversity jurisdiction pursuant to 28 U.S.C. §1332 (a). All parties have been served at this point.

### 2. Facts

Plaintiff purchased a business overhead expense insurance policy from Defendant in 1997. Plaintiff paid premiums under the insurance policy until she ceased work on or about July 28, 2005. Plaintiff's claim for business overhead expense was paid approximately $20,000, under a reservation of rights. In this lawsuit, Plaintiff alleges claims for breach of contract, bad faith and intentional infliction of emotional distress and seeks benefits of approximately $120,000 general damages of $500,000 and exemplary damages of $1,000,000. Defendant denies that Plaintiff is entitled to any payment under the policy and denies that its conduct was wrongful.

### 3. Legal Issues

The primary legal issues are whether Plaintiff was entitled to benefits under the terms of the Policy and whether Defendant committed breach of contract, bad faith, or intentional infliction of emotional distress.

### 4. Motions

Plaintiff and defendant anticipate filing motions for summary judgment concerning one or more of the above-referenced issues.

### 5.. Amendment of Pleadings

The parties do not currently anticipate amendment of the pleadings.

### 6. Evidence Preservation

The parties have taken steps to preserve evidence relevant to the issues reasonable evident in this action since the filing of the complaint.

### 7. Disclosures

The parties do not currently believe any changes to the timing, form or requirements for disclosures under Rule 26(a) are necessary and have made disclosures within the time frame

1  required by Rule 26.  The case is set for mediation through the Court's ADR program on August
2  20, 2008 and the parties prefer to defer litigation costs until after the mediation.
3  8.   **Discovery**
4       The parties request that discovery be completed, as follows:
5       Disclosure of witnesses and completion of discovery:     January 23, 2009
6       Disclosure of expert witnesses:                          February 7, 2009
7       Completion of discovery from experts:                    April 7, 2009
8  9.   **Class Actions**
9       Not applicable.
10 10.  **Related Cases**
11      This case is not related to any other case pending in this district, including the bankruptcy
12 courts in this district.
13 11.  **Relief**
14      Plaintiff seeks business overhead expense benefits due to a disability based upon a date of
15 disability of July 28, 2005. Benefits were paid from October 27, 2005 to February 28, 2006 under
16 a reservation of rights. Plaintiff seeks additional benefits from March 1, 2006 at $5,000 a month
17 until a total of $120,000 benefits are paid.  Plaintiff seeks general damages in the amount of
18 $500,000 and exemplary damages in the amount of $1,000,000.
19 12.  **Settlement and ADR**
20      Mr. Kenneth F. Johnson is the court appointed mediator.  All parties have consented for
21 him to mediate the case.  The court appointed mediation will take place on  August 20, 2008.
22 13.  **Consent to a Magristrate Judge for All Purposes**
23      Standard declined assignment of this case to a magistrate judge for all purposes and the
24 case was reassigned to Judge Marilyn Hall Patel.
25 14.  **Other References**
26      The parties do not believe that this case is suitable for reference to binding arbitration, a
27 special master, or the Judicial Panel on Multidistrict Litigation.
28

1  15.  **Narrowing of Issues**

2      Th parties do not believe that the issues can be narrowed at this point.

3  16.  **Expedited Schedule**

4      This case does not appear to be amenable to expedited scheduling.

5  17.  **Scheduling**

6      The parties propose the following dates:

7      a) All discovery with the exception of discovery regarding expert witnesses, shall be
8         completed on or before January 23, 2009
9      b) The parties shall disclose expert witnesses pursuant to FRCP 26(a)(2) on or
10        before February 7, 2009
11     c) Completion of discovery from experts April 7, 2009
12     d) All potentially dispositive motions shall be filed on or before May 7, 2009
13     e) The parties respectfully request that the matter be set for trial on September 7,
14        2009 and the pretrial conference be set no less than 21 days before the trial date set
15        by the Court.

17  18.  **Trial**

18      Marie Lewandowski has requested a jury trial. The parties anticipate trial will last 5-7
19  days.
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

19. **Disclosured of Non-party Interested Entities or Persons.**

The parties have filed the Certification of Interested Entities or Persons required by Civil Local Rule 3-16 and do not know any non-party having an interest in this matter.

Respectfully submitted,

Dated: July 3, 2008        LAW OFFICES OF LAWRENCE F. PADWAY

By: _____/s/_____
Gayle Godfrey Codiga
Attorney for Plaintiff
MARIE LEWANDOWSKI

Dated: July 3, 2008        JONES DAY

By: _____/s/_____
Katherine S. Ritchey
Attorney for Defendant
STANDARD INSURANCE COMPANY

### CASE MANAGEMENT ORDER

This Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

IT IS SO ORDERED.

Dated: _____        By: _____
The Hon. Marilyn Hall Patel
United States District Judge,
Northern District of California