**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: July 14, 2008

Case No.   C 08-0874  MHP              Judge: MARILYN H. PATEL

Title: MARIE A. LEWANDOWSKI -v- STANDARD INSURANCE COMPANY

Attorneys:  Plf:  Gayle Godfrey Codiga
            Dft:  Katherine Ritchey

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)  Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after discussion of underlying complaint; Mediation to take place 8/20/2008; Initial disclosures completed;

A further status conference set for 11/17/2008 at 3:00 pm, to allow for completion of further discovery; A joint supplemental status report to be filed one week prior.