**FILED**

AUG 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Lewandowski,<br><br>       Plaintiff(s),<br><br>   v.<br><br>Standard Insurance Company,<br><br>       Defendant(s). | No. C 08-00874 EDL MED<br><br>**Certification of ADR Session** |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) WEDNESDAY, AUGUST 20, 2008

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: AUGUST 20, 2008    _____
Mediator, Kenneth F. Johnson
Reed Smith Crosby Heafey LLP
1999 Harrison Street
Oakland, CA 94612

Certification of ADR Session
08-00874 EDL MED