1   Laurence F. Padway, SBN# 83914
    Gayle Godfrey Codiga, SBN#114715
2   LAW OFFICES OF LAURENCE F. PADWAY
    1516 Oak Street, Suite 109
3   Alameda, California 94501
    Phone:        (510) 814-0680
4   Fax:          (510) 814-0650

5   Attorneys for Plaintiff

6   Shawn Hanson (State Bar No. 109321)
    shanson@jonesday.com
7   Katherine S. Ritchey (State Bar No. 178409)
    ksritchey@jonesday.com
8   Amanda M. Ose (State Bar No. 251797)
    aose@jonesday.com
9   JONES DAY
    555 California Street, 26th Floor
10  San Francisco, CA  94104
    Telephone:    (415) 626-3939
11  Facsimile:    (415) 875-5700

12  Attorneys for Defendant
    and Real Party in Interest
13

14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

18  MARIE A. LEWANDOWSKI            CASE NO. C 08 00874 MHP
                                    STIPULATION AND (PROPOSED) ORDER
                Plaintiff,          RE DISMISSAL
19

20  vs.

21

22  STANDARD INSURANCE COMPANY

                Defendant,
23  _____/

24

25

26

27      Whereas, settlement in the above matter has been reached.  The parties, by and through their

28  respective counsel, hereby stipulate and agree that the above named case be dismissed with prejudice.

---

Stipulation and Proposed Order re Dismissal                    CASE NO. C07-05538

1

1   Each side to bear their own attorneys fees and costs.

2

3                                                LAW OFFICES OF LAURENCE F. PADWAY

4

5   Dated: September 19, 2008            By   *Gayle Godfrey Codiga*

6                                             Gayle Godfrey/Codiga
                                              Attorneys for Plaintiff
7

8                                          JONES DAY

9

10  Dated:   9/23/08                      By   *Katherine Ritchey /rnio*

11                                            Katherine S. Ritchey
                                              Attorneys for Defendants
12

13

14

15                                         IT IS SO ORDERED.

16

17

18  DATED:    9/24   , 2008                    Hon. Marilyn H. Patel, District Judge

19

20                                         IT IS SO ORDERED

21

22                                         Judge Marilyn H. Patel

23

24

25

26

27

28